[No. 40846-1-I.    Division One.    June 7, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. R.M.,
*Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-8-06062-5, Ann Schindler, J., entered June 10, 1997. *Affirmed* by unpublished opinion per Cox, J., concurred in by Agid, A.C.J., and Webster, J

[No. 40968-9-I.    Division One.    June 7, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD JOSEPH HIRSCHFIELD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-05719-0, Richard M. Ishikawa, J., entered June 30, 1997. *Affirmed* by unpublished opinion per Cox, J., concurred in by Agid, A.C.J., and Webster, J. Now published at 99 Wn. App. 1.

[No. 40983-2-I.    Division One.    June 7, 1999.]

*In the Matter of the Marriage of* JAMES A. WEYTHMAN, *Appellant*, and GRACIA ZDENKA WEYTHMAN, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 94-3-05814-6, Jim Bates, J., entered June 25, 1997. *Reversed* by unpublished opinion per Kennedy, C.J., concurred in by Agid and Ellington, JJ.

[No. 41589-1-I.    Division One.    June 7, 1999.]

THE STATE OF WASHINGTON, *Appellant*, v. LOUIS NELFORD McGOWEN, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-01315-8, J. Kathleen Learned, J., entered November 10, 1997. *Affirmed* by unpublished opinion per Agid, A.C.J., concurred in by Webster and Cox, JJ.